UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DIVISION

IN RE:                                          CASE NO. 14-11948
                                                CHAPTER 13
ANDREW J HILL
                                                JUDGE BETH A. BUCHANAN

DEBTOR                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Margaret A. Burks files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SN SERVICING CORPORATION

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 7480 | $5,370.01 | $5,370.01 | $5,370.01 |
| Total Amount Paid by Trustee | | | | $5,370.01 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  **X**   Through the Chapter 13 Conduit            __   Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

See attached Memorandum detailing post-petition payments if case is a Conduit.

CASE NO. 14-11948

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **ordinary U.S. Mail** on November 25, 2019 addressed to:

ANDREW J HILL, 4568 ELLMAN AVE, BLUE ASH, OH 45242

SN SERVICING CORPORATION, 323 5TH STREET, EUREKA, CA 95501

/s/ MARGARET A BURKS, TRUSTEE
MARGARET A BURKS, TRUSTEE
CHAPTER 13 TRUSTEE
600 VINE, SUITE 2200
CINCINNATI, OH 45202

**CHAPTER 13 TRUSTEE'S MEMORANDUM REGARDING NOTICE OF FINAL CURE**

In addition to paying the pre-petition mortgage arrearage claim(s) totaling $5,370.01 to SN Servicing Corporation, the Trustee also paid post-petition payments as follows:

$983.25 for the months of JUNE 2014-OCTOBER 2014 subtotaling $4,916.25;

$982.75 for the months of NOVEMBER 2014- MARCH 2015 subtotaling $4,913.75;

$978.03 for the months of APRIL 2015-AUGUST 2015 subtotaling $4,890.15;

$967.24 for the months of SEPTEMBER 2015-AUGUST 2016 subtotaling $11,606.88;

$967.67 for the months of SEPTEMBER 2016-FEBRUARY 2017 subtotaling $5,806.02;

$948.12 for the months of MARCH 2017-FEBRUARY 2018 subtotaling $11,377.44;

$980.74 for the months of MARCH 2018 subtotaling $980.74;

$1,002.67 for the months of APRIL 2018 - SEPTEMBER 2018 subtotaling $6,016.02;

$1,024.79 for the months of OCTOBER 2018-FEBRUARY 2019 subtotaling $5,123.95;

$998.88 for the months of MARCH 2019 subtotaling $998.88;

$1,009.77 for the months of APRIL 2019 - SEPTEMBER 2019 subtotaling $6,058.62;

$988.68 for the months of OCTOBER 2019 subtotaling $988.68.

Debtor(s) must resume the regular mortgage payment beginning with the November 2019 mortgage payment.